**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

February 8, 2011

Clerk, U.S. Bankruptcy Court

RE: Frank J. & Michelle M. Seccafico
　　Bankruptcy Case No. 5-05-54285
　　Unclaimed Funds For: NEPA Mgmt
　　　　　　　　　　　　Lake of Pine
　　　　　　　　　　　　304 Park Avenue
　　　　　　　　　　　　Stroudsburg PA 18360

Dear Clerk:

　Enclosed herewith please find check No. 1008940 for $1,095.38 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

　Should you have any questions or concerns regarding this matter, please feel free to contact our office.

　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　/s/ Carol A. Kreider

　　　　　　　　　　　　　　Carol A. Kreider
　　　　　　　　　　　　　　Funds Manager



FILED HARRISBURG, PA.
2011 FEB 11 AM 7:24
CLERK U.S. BANKRUPTCY COURT